MIKAL J. CONDON (CSBN 229208)
LESLIE A. WULFF (CSBN 277979)
ANDREW J. MAST (CSBN 284070)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
andrew.mast@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br>Defendant. | Case No. CR-18-0513 EMC<br><br>**~~[PROPOSED]~~ ORDER TO SEAL PORTIONS OF UNITED STATES' RESPONSE TO STARKIST'S SENTENCING MEMORANDUM AND EXHIBITS 1 & 2 TO THE MAST RESPONSE DECLARATION**<br><br>DATE: June 12, 2019<br>TIME: 2:30 p.m.<br>JUDGE: Hon. Edward M. Chen |

Before the Court is the United States' administrative motion to seal portions of the United States' Reply to StarKist's Sentencing Memorandum ("Response") and the entirety of Exhibits 1 and 2 to the Declaration of Andrew J. Mast in Support of United States' Response to StarKist's Sentencing Memorandum ("Mast Response Declaration").

For good cause shown, the Court orders (1) portions of the Response sealed, and (2) the entirety of Exhibits 1 and 2 to the Mast Response Declaration sealed. The chart below describes the scope of the documents to be sealed.

| Name of Document | Sealing Request |
|---|---|
| United States' Response to StarKist's Sentencing Memorandum | **Portions**, as identified in the highlighted version of the document |
| Exhibits 1 and 2 to the Mast Response Declaration | **Entirety** of Exhibits |

IT SO ORDERED.

Dated: June 12, 2019



HONORABLE EDWARD M. CHEN
United States District Judge