LATHAM & WATKINS LLP
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

Sean M. Berkowitz (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
*sean.berkowitz@lw.com*

*Counsel for Defendant StarKist Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

STARKIST CO.,

Defendant.

Case No. 18-CR-513-EMC

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF STARKIST CO.'S RESPONSE TO DIRECT PURCHASER PLAINTIFFS' OPENING STATEMENT REGARDING STARKIST'S SENTENCING PURSUANT TO THE CRIME VICTIMS' RIGHTS ACT ("CVRA"), 18 U.S.C. § 3771, AND INDIRECT PURCHASER END PAYER PLAINTIFFS' STATEMENT IN CONNECTION WITH DEFENDANT STARKIST CO.'S EVIDENTIARY HEARING PURSUANT TO THE CRIME VICTIMS' RIGHTS ACT ("CVRA") 18 U.S.C. § 3771, AND SUPPORTING EXHIBIT**

Judge: Hon. Edward M. Chen
Date: June 12, 2019
Courtroom: 5 – 17th Floor

The Court, having reviewed Defendant StarKist Co.'s Administrative Motion To Seal Portions Of StarKist Co.'s Response to Direct Purchaser Plaintiffs' Opening Statement Regarding StarKist's Sentencing Pursuant to the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, and Indirect Purchaser End Payer Plaintiffs' Statement in Connection with Defendant StarKist Co.'s Evidentiary Hearing Pursuant to the Crime Victims' Rights Act ("CVRA") 18 U.S.C. § 3771 ("Response"), and Supporting Exhibit ("the Administrative Motion") and counsel's supporting Declaration, and good cause having been shown, hereby GRANTS the Administrative Motion.

For the reasons set forth in counsel's supporting Declaration, the following portions of StarKist's Response shall be sealed:

| **Page: Lines Containing Information To Be Sealed** |
|---|
| 3:12 |
| 5:2-7, 5:9-11, and a portion of fn. 3 |
| 6:12-13 and 6:15-7:2 |

For the reasons set forth in counsel's supporting Declaration, Exhibit 1 to the Declaration of Niall E. Lynch in Support of StarKist Co.'s Response shall be sealed in its entirety.

| |
|---|
| Exhibit 1 in its Entirety |

**IT IS SO ORDERED.**

Dated: June 12, 2019

Hon. Edward M. Chen
United States District Judge