Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

RECEIVED
MAY 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*Attorneys for Plaintiff Olean Wholesale Grocery Cooperative, Inc. and Interim Class Counsel for the Direct Purchaser Class in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

[Additional Counsel Listed on Motion's Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br>Defendant. | No. 4:18-CR-000513-EMC<br><br>**~~[PROPOSED]~~ ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>DATE: June 12, 2019<br>TIME: 2:30 pm<br>JUDGE: Hon. Edward M. Chen |

Pending before the Court is the Direct Purchaser Plaintiffs' ("DPPs") Administrative Motion to Seal, which they filed in connection with the DPPs' Reply Statement regarding the sentencing of Defendant StarKist Co., filed pursuant to this Court's Order and the Crime Victims' Rights Act (the "CVRA") (18 U.S.C. § 3771). Finding good cause shown, the Court orders that the following documents be sealed as follows:

1. The unredacted version of the DPPs' Reply Statement regarding the sentencing of Defendant StarKist Co. in its entirety;

2. The unredacted version of the Supplemental Stein Declaration in support of the DPPs' Reply Statement; and

3. Exhibit 1 to the Supplemental Stein Declaration, which is Bumble Bee Foods LLC's Fifth Supplemental Objections and Responses to Plaintiffs' Interrogatory No. 1 of the Second Set of Interrogatories.

IT IS SO ORDERED.

DATED: June 12, 2019

By: __________________________
UNITED STATES DISTRICT COURT JUDGE
HONORABLE EDWARD M. CHEN