ANDREW J. MAST (CSBN 284070)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
andrew.mast@usdoj.gov

Attorney for the United States

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STARKIST CO.,<br>Defendant. | Case No. CR-18-0513 EMC<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF UNITED STATES' RESPONSE TO STARKIST'S MEMORANDUM REGARDING TECHPACK SOLUTIONS CO., LTD., PORTIONS OF THE DECLARATION OF ANDREW J. MAST IN SUPPORT OF THE UNITED STATES' TECHPACK RESPONSE, AND EXHIBITS 1 & 2 TO THE MAST TECHPACK RESPONSE DECLARATION**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen |

The United States respectfully moves this Court for an order sealing (1) portions of the United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. ("Techpack Response"); (2) portions of the Declaration of Andrew J. Mast in Support of the United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. ("Mast Techpack Response Declaration"); and (3) the entirety of Exhibits 1 and 2 to the Mast Techpack Response Declaration.

**Techpack Response**: The government seeks to seal portions of the government's Techpack Response because it contains confidential financial information of StarKist, Co. ("StarKist"). (Decl. of Andrew J. Mast in Support of Admin. Mot. to Seal Techpack Resp. ("Mast Techpack Resp. Sealing Decl.") ¶ 3.) The portions of the Techpack Response that the United States is requesting to file under seal contains confidential information regarding StarKist's financial condition, and publicly revealing that sensitive and proprietary information would effectively open StarKist's books to competitors and could threaten StarKist's future financial condition, for example, its ability to renegotiate its debts or seek new financing. The United States has provided StarKist's confidential financial information to the Court so it may exercise its authority meaningfully and sentence StarKist. StarKist's confidential financial information will assist the Court in determining whether the recommended sentence is appropriate. Just as a presentence report, which contains information relevant for sentencing, is a "confidential record[]" of the court under Criminal Local Rule 32-7(a), the Techpack Response contains sentencing information that should also be afforded confidential treatment. (Mast Techpack Resp. Sealing Decl. ¶ 3.)

**Mast Techpack Response Declaration:** Similarly, the government also seeks to seal portion of the Mast Techpack Response Declaration because it contains confidential financial information of StarKist. (*Id.*) The portions of the Mast Techpack Response Declaration the government seeks to seal likewise contains sensitive proprietary information about StarKist's loan agreements, which if publicly revealed could threaten StarKist's future financial condition by, for example, hindering its ability to renegotiate its debts or seek new financing. (*Id.*)

///

**Exhibits 1 & 2 to the Mast Techpack Response Declaration:** The government is also seeking to seal the entirety of Exhibits 1 and 2. These exhibits are being provided to the Court for the purpose of sentencing StarKist, and contain detailed confidential information regarding StarKist's financial condition, including its loan covenants and current financials. (*Id.*) This information is relevant to the Court's ability to determine StarKist's ability to pay a guidelines range fine. Publicly revealing the confidential business and financial information contained in Exhibits 1 and 2 to the Mast Techpack Response Declaration would effectively open StarKist's books to competitors and could threaten StarKist's ability to renegotiate its debts or seek new financing. (*Id.*) Additionally, failure to seal Exhibits 1 and 2 to the Mast Techpack Response Declaration could jeopardize the ability of civil plaintiffs to seek damages from StarKist by weakening the long-term financial health of the company. (*Id.*)

Like the government's Sentencing Memorandum and Response, the information in Exhibits 1 and 2 to the Mast Techpack Response Declaration is provided so that the Court may exercise its authority meaningfully and sentence the defendant. For the reasons set forth above, Exhibits 1 and 2 contain sentencing information that is a "confidential record[]" of the court under Criminal Local Rule 32-7(a), and should also be afforded confidential treatment.

The government has consulted with counsel for StarKist, and the company does not object to the government's request to seal portions of the Techpack Response, portions of the Mast Techpack Response Declaration, and Exhibits 1 and 2 to the Mast Techpack Response Declaration. (Mast Techpack Resp. Sealing Decl. ¶ 4.)

///

///

///

///

///

///

///

///

For the reasons stated above, the United States requests that the following documents be sealed in the manner described below:

| Name of Document | Sealing Request |
|---|---|
| United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. | **Portions**, as identified in the highlighted version of the document |
| Declaration of Andrew J. Mast in Support of United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. | **Portions**, as identified in the highlighted version of the document |
| Exhibits 1 and 2 to the Mast Techpack Response Declaration | **Entirety** of Exhibits |

Respectfully submitted:

DATED: July 17, 2019

*/s/ Andrew J. Mast*
ANDREW J. MAST
Trial Attorney
U.S. Department of Justice
Antitrust Division