LATHAM & WATKINS LLP
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

Sean M. Berkowitz (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
*sean.berkowitz@lw.com*

*Counsel for Defendant StarKist Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 18-CR-0513-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF STARKIST CO.'S MEMORANDUM OF POINTS AND AUTHORITIES REGARDING TECHPACK SOLUTIONS CO., LTD. AND SUPPORTING EXHIBITS**<br><br>Judge: Hon. Edward M. Chen |

The Court, having reviewed Defendant StarKist Co.'s Administrative Motion To Seal Portions Of StarKist Co.'s Memorandum of Points and Authorities Regarding Techpack Solutions Co., Ltd. and Supporting Exhibits ("the Administrative Motion") and counsel's supporting Declaration, and good cause having been shown, hereby GRANTS the Administrative Motion.

For the reasons set forth in the Administrative Motion and in counsel's supporting Declaration, the following portions of StarKist's Memorandum of Points and Authorities Regarding Techpack Solutions Co., Ltd. shall be sealed:

| **Page: Lines<br>Containing Information To Be Sealed** |
|---|
| 1:9–11; 1:16–17; 1:22–2:2 |
| 2:10–13 |
| 3:20–3:25; 3:27–4:1 |
| 4:4–6; 4:8–4:13; 4:24–5:16 and fns. 1–2 |
| 5:17–18; 5:20; 5:22–6:2 |
| 6:5–20; 6:22–10:20 and fns. 3–4 and a portion of fn.5 |
| 10:22–11:10 |
| 12:22–23 and a portion of fn. 9 |
| 13:1– 2; 13:4 and fns. 10–12 |
| 14:4–7; 14:9; 14:11; 14:16–24 |
| 15:5–6 |

For the reasons set forth in the Administrative Motion and in counsel's supporting Declaration, Exhibits 1–4 to the Declaration of Niall E. Lynch in Support of StarKist Co.'s Memorandum of Points and Authorities Regarding Techpack Solutions Co., Ltd. shall be sealed in their entirety.

| |
|---|
| Exhibit 1 in its Entirety |
| Exhibit 2 in its Entirety |
| Exhibit 3 in its Entirety |
| Exhibit 4 in its Entirety |

**IT IS SO ORDERED.**

Dated: July 16, 2019

Hon. Edward M. Chen
United States District Judge