BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

FILED
JUL 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*Interim Lead Counsel for the End Payer Plaintiffs In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant | Case No. 4:18-CR-000513-EMC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY REPORT OF ADORIA LIM [PURSUANT TO CRIMINAL L.R. 56-1]**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen<br>CTRM: 5 – 17th Floor |

ORIGINAL
FAXED

Pursuant to Northern District of California Criminal Local Rule 56-1(c), Indirect Purchaser End Payer Plaintiffs ("EPPs") in the civil action captioned *In re: Packaged Seafood Products Seafood Antitrust Litigation,* Case No.: 15-MD-2670 JLS (MDD) (S.D. Cal) (the "Civil Litigation"), hereby file this administrative motion to seal the document listed below in connection with the EPPs' Submission of the Reply Report of Adoria Lim. They hereby move for an Order allowing them to file the following document under seal:

| DOCUMENT | PAGES & LINES |
| --- | --- |
| Exhibit 1 to the Declaration of Betsy C. Manifold, which is the Reply Report of Adoria Lim served in connection with the civil litigation[1] | In its entirety |

EPPs respectfully submit that good cause exists for the filing of this document under seal. The EPPs submit the accompanying declaration of Betsy C. Manifold in support of this sealing motion as well as a related proposed order. The foregoing document contains references to materials and testimony that StarKist and/or Dongwon Industries Co. Ltd. (or another party in the Civil Litigation) designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the Civil Litigation (*see* ECF No. 194, incorporating ECF No. 173 in the Civil Litigation docket).

DATED: July 24, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG

By: *Betsy C Manifold*
BETSY C. MANIFOLD

750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599

[1] The Reply Report is redacted with respect to Ms. Lim's discussion related to another Defendant group in the Civil Litigation, which is not relevant to the StarKist's sentencing determinations.

Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
FRED TAYLOR ISQUITH
isquith@whafh.com
THOMAS H. BURT
burt@whafh.com
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
CARL MALMSTROM
malmstrom@whafh.com
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile: 312/212-4401

*Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs*

TUNA: 25766