BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

FILED

JUL 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant | Case No. 4:18-CR-00513-EMC<br><br>**DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL AND SUBMISSION OF ADORIA LIM REPLY REPORT**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen<br>CTRM: 5 – 17th Floor |

ORIGINAL

FAXED

I, Betsy C. Manifold, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs ("EPPs") in the civil action captioned *In re: Packaged Seafood Products Antitrust Litigation,* Case No.: 15-MD-2670 JLS (MDD) (S.D. Cal.) (the "Civil Litigation"). I have personal knowledge of the facts stated below and, if called upon, I could and would competently testify thereto. I submit this declaration in support of the Indirect Purchaser End Payer Plaintiffs' Administrative Motion to Seal and Submission of Adoria Lim Reply Report.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Reply Report of Adoria Lim, dated July 2, 2019 ("Lim Reply Report"). The Lim Reply Report includes references to materials and testimony that StarKist and/or Dongwon Industries Co. Ltd. (or another party in the Civil Litigation) designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the Civil Litigation (*see* ECF No. 194, incorporating ECF No. 173 in the Civil Litigation docket).

3. Based on the foregoing, the EPPs have moved for an order allowing them to file the following document under seal:

| DOCUMENT | PAGES & LINES |
|---|---|
| Exhibit 1 to the Declaration of Betsy C. Manifold, which is the Reply Report of Adoria Lim served in connection with the Civil Litigation[1] | In its entirety |

[1] The Reply Report is redacted with respect to Ms. Lim's discussion related to another Defendant group in the Civil Litigation, which is not relevant to the StarKist's sentencing determinations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of July, 2019.

BETSY C. MANIFOLD

TUNA: 25768

# EXHIBIT 1

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED