RECEIVED

JUL 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant | Case No. 4:18-CR-00513-EMC<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER END PAYER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY REPORT OF ADORIA LIM**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen<br>CTRM: 5 – 17th Floor |

ORIGINAL

FAXED

Pending before the Court is the Indirect Purchaser End Payer Plaintiffs' ("EPPs") Administrative Motion to File Under Seal the Reply Report of Adoria Lim, which they filed in connection with the sentencing of Defendant with StarKist Co. Finding good cause shown, the Court hereby GRANTS the motion and orders Exhibit 1 to the Declaration of Betsy C. Manifold, which is the unredacted version of the Reply Report of Adoria Lim, to be sealed.

**IT IS SO ORDERED.**

DATED______________, 2019

By:______________________________
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

TUNA: 25767