ANDREW J. MAST (CSBN 284070)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
andrew.mast@usdoj.gov

Attorney for the United States

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br>Defendant. | Case No. CR-18-0513 EMC<br><br>**~~[PROPOSED]~~ ORDER TO SEAL PORTIONS OF UNITED STATES' RESPONSE TO STARKIST'S MEMORANDUM REGARDING TECHPACK SOLUTIONS CO., LTD., PORTIONS OF THE DECLARATION OF ANDREW J. MAST IN SUPPORT OF THE UNITED STATES' TECHPACK RESPONSE, AND EXHIBITS 1 & 2 TO THE MAST TECHPACK RESPONSE DECLARATION**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen |

Before the Court is the United States' administrative motion to seal portions of the United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. ("Techpack Response"), portions of the Declaration of Andrew J. Mast in Support of the United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. ("Mast Techpack Response Declaration"), and the entirety of Exhibits 1 and 2 to the Mast Techpack Response Declaration.

For good cause shown, the Court orders (1) portions of the Techpack Response and Mast Techpack Response Declaration sealed, and (2) the entirety of Exhibits 1 and 2 to the Mast Techpack Response Declaration sealed. The chart below describes the scope of the documents to be sealed.

| Name of Document | Sealing Request |
|---|---|
| United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. | **Portions**, as identified in the highlighted version of the document |
| Declaration of Andrew J. Mast in Support of the United States' Response to StarKist's Memorandum Regarding Techpack Solutions Co., Ltd. | **Portions**, as identified in the highlighted version of the document |
| Exhibits 1 and 2 to the Mast Techpack Response Declaration | **Entirety** of Exhibits |

IT SO ORDERED.

Dated: July 26, 2019

HONORABLE EDWARD M. CHEN
United States District Judge