ORIGINAL

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

FILED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Interim Lead Counsel for the End Payer Plaintiffs In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant | Case No. 4:18-CR-00513-EMC<br><br>**SECOND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY REPORT OF ADORIA LIM [PURSUANT TO CRIMINAL L.R. 56-1]**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m..<br>JUDGE: Hon. Edward M. Chen<br>CTRM: 5 – 17th Floor |

Pursuant to Northern District of California Criminal Local Rule 56-1(c), Indirect Purchaser End Payer Plaintiffs ("EPPs") in the civil action captioned *In re: Packaged Seafood Products Seafood Antitrust Litigation,* Case No.: 15-MD-2670 JLS (MDD) (S.D. Cal) (the "Civil Litigation"), hereby re-file this administrative motion to seal the document listed below in connection with the EPPs' Submission of the Reply Report of Adoria Lim, with further explanation as to why the document submitted to the Court is partially redacted. They hereby move for an Order allowing them to file the following partially redacted document under seal:

| DOCUMENT | PAGES & LINES |
|---|---|
| Exhibit 1 to the Declaration of Betsy C. Manifold, which is the Redacted Reply Report of Adoria Lim served in connection with the civil litigation | In its entirety |

The un-redacted version of the Reply Report sought to be sealed under Criminal L.R. 56-1(c)(2)(D) contains material relevant to the Sentencing issues before the Court with regard to StarKist's acquisition of Techpack Solutions Co. Ltd. Certain sections in the un-redacted version of the Reply Report are, however, removed because those sections contain Ms. Lim's discussion regarding another defendant group in the Civil Litigation. The redacted portions of the Reply Report are not relevant or material to the Court's Sentencing considerations with regard to StarKist because the other Defendant group is not a party to this criminal case. Furthermore, the removed sections include references to materials and testimony that other parties have designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the Civil Litigation (*see* ECF No. 194, incorporating ECF No. 173 in the Civil Litigation docket) and those parties have not consented to its filing in this matter. This Court previously allowed the filing of a redacted expert report because the redacted information was irrelevant to StarKist's sentencing in that it discussed facts about other entities that are not parties to this criminal case and also contained references to materials that those parties designated as Highly Confidential pursuant to the Stipulated Protective Order. *See* ECF No. 57, Ex. 2; ECF No. 96.

EPPs respectfully submit that good cause exists for the filing of this redacted document under seal. The EPPs submit the accompanying declaration of Betsy C. Manifold in support of this sealing motion as well as a related proposed order. The foregoing document contains references to materials and testimony that StarKist and/or Dongwon Industries Co. Ltd. (or another party in the Civil Litigation) designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the Civil Litigation (*see* ECF No. 194, incorporating ECF No. 173 in the Civil Litigation docket).

DATED: August 1, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG

By: [signature]
BETSY C. MANIFOLD

750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
FRED TAYLOR ISQUITH
isquith@whafh.com
THOMAS H. BURT
burt@whafh.com
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
CARL MALMSTROM
malmstrom@whafh.com
111 West Jackson, Suite 1700
Chicago, IL 60604

Telephone: 312/984-0000
Facsimile: 312/212-4401

*Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs*

TUNA: 25766