ORIGINAL

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

FILED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

v.

STARKIST CO.,

Defendant

Case No. 4:18-CR-00513-EMC

**DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS' SECOND ADMINISTRATIVE MOTION TO SEAL AND SUBMISSION OF ADORIA LIM REPLY REPORT**

| | |
|---|---|
| DATE: | August 7, 2019 |
| TIME: | 10:00 a.m. |
| JUDGE: | Hon. Edward M. Chen |
| CTRM: | 5 – 17th Floor |

I, Betsy C. Manifold, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs ("EPPs") in the civil action captioned *In re: Packaged Seafood Products Antitrust Litigation,* Case No.: 15-MD-2670 JLS (MDD) (S.D. Cal.) (the "Civil Litigation"). I have personal knowledge of the facts stated below and, if called upon, I could and would competently testify thereto. I submit this declaration in support of the Indirect Purchaser End Payer Plaintiffs' Second Administrative Motion to Seal and Submission of Adoria Lim Reply Report.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Redacted Reply Report of Adoria Lim, dated July 2, 2019 ("Lim Reply Report"). The Reply Report contains material relevant to the Sentencing issues before the Court with regard to StarKist's acquisition of Techpack Solutions Co. Ltd. The Reply Report has been completely filed under seal because it includes references to materials and testimony that StarKist and/or Dongwon Industries Co. Ltd. (or another party in the Civil Litigation) designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the Civil Litigation (*see* ECF No. 194, incorporating ECF No. 173 in the Civil Litigation docket).

3. The Reply Report is redacted with respect to Ms. Lim's discussion related to another Defendant group in the Civil Litigation. The redacted portions of the Reply Report are not relevant or material to the Court's Sentencing considerations with regard to StarKist because the other Defendant group is not a party to this criminal case. Furthermore, the removed sections include references to materials and testimony that other parties have designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the Civil Litigation (*see* ECF No. 194, incorporating ECF No. 173 in the Civil Litigation docket) and those parties have not consented to its filing in this matter.

4. This Court previously allowed the filing of a redacted expert report because the redacted information was irrelevant to StarKist's sentencing in that it discussed facts about other

entities that are not parties to this criminal case and also contained references to materials that those parties designated as Highly Confidential pursuant to the Stipulated Protective Order. *See* ECF No. 57, Ex. 2; ECF No. 96.

5. Based on the foregoing, the EPPs have moved for an order allowing them to file the following document under seal:

| DOCUMENT | PAGES & LINES |
|---|---|
| Exhibit 1 to the Declaration of Betsy C. Manifold, which is the Redacted Reply Report of Adoria Lim served in connection with the Civil Litigation | In its entirety |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of August, 2019.

Betsy C. Manifold

BETSY C. MANIFOLD

TUNA: 25768

# EXHIBIT 1

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED