ORIGINAL

RECEIVED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant | Case No. 4:18-CR-00513-EMC<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER END PAYER PLAINTIFFS'SECOND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY REPORT OF ADORIA LIM**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen<br>CTRM: 5 – 17th Floor |

Pending before the Court is the Indirect Purchaser End Payer Plaintiffs' ("EPPs") Second Administrative Motion to File Under Seal the Redacted Reply Report of Adoria Lim, which they filed in connection with the sentencing of Defendant with StarKist Co. Finding good cause shown, the Court hereby GRANTS the motion and orders Exhibit 1 to the Declaration of Betsy C. Manifold to be sealed in its entirety.

**IT IS SO ORDERED.**

DATED_______________, 2019 By:_________________________________

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

TUNA: 25787