Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

FILED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*Attorneys for Plaintiff Olean Wholesale Grocery Cooperative, Inc. and Interim Class Counsel for the Direct Purchaser Class in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

[Additional Counsel Listed on Motion's Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br>Defendant. | No. 4:18-CR-000513-EMC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REBUTTAL REPORT OF MARIANNE DEMARIO**<br><br>DATE: August 7, 2019<br>TIME: 10:00 am<br>JUDGE: Hon. Edward M. Chen |

Pursuant to the Northern District of California's Criminal Local Rule 56-1(c), the Direct Purchaser Plaintiffs ("DPPs") in the civil litigation related to the above-captioned action, *In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD) (hereafter, the "civil litigation"), hereby respectfully file this administrative motion to seal the documents listed below filed in connection with the DPPs' Submission of the Rebuttal Expert Report of Marianne DeMario. They hereby move for an Order allowing them to file the following documents or portions thereof, under seal:

| DOCUMENT | SEALING REQUEST |
|---|---|
| Exhibit 1 to the Declaration of Samantha J. Stein, which is the Rebuttal Report of Marianne DeMario served in the civil litigation[1] | In its entirety |

The DPPs submit the accompanying declaration of Samantha J. Stein in support of this sealing motion as well as a related proposed order. The foregoing documents or portions of documents contain references to materials and testimony that StarKist Co. and/or Dongwon Industries Co. Ltd. (or another party in the civil litigation) designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the civil litigation (*see* ECF No. 194, incorporating ECF No. 173 in the civil litigation docket).

Dated: July 19, 2019

Respectfully submitted,

By: */s/ Christopher L. Lebsock*

Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908

[1] The Rebuttal Report redacts out for all purposes Ms. DeMario's discussion related to another Defendant group in the civil litigation, which is not relevant to the StarKist sentencing determinations.

Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
E-mail: mhausfeld@hausfeld.com
E-mail: jpizzirusso@hausfeld.com

*Counsel for Plaintiff Olean Wholesale Grocery Cooperative, Inc. and Interim Class Counsel for the Direct Purchaser Class in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)