Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

FILED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*Attorneys for Plaintiff Olean Wholesale Grocery Cooperative, Inc. and Interim Class Counsel for the Direct Purchaser Class in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

[Additional Counsel Listed on Administrative Motion's Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>STARKIST CO.,<br>Defendant. | No. 4:18-CR-000513-EMC<br><br>**DECLARATION OF SAMANTHA J. STEIN IN SUPPORT OF THE DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL AND SUBMISSION OF MARIANNE DEMARIO'S REBUTTAL REPORT**<br><br>DATE: August 7, 2019<br>TIME: 10:00 am<br>JUDGE: Hon. Edward M. Chen |

I, Samantha J. Stein, declare as follows:

1. I am an attorney at Hausfeld LLP, which represents Olean Wholesale Grocery Cooperative, Inc., and the proposed Direct Purchaser Plaintiffs class ("DPPs") in the civil litigation related to the above-captioned action, *In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD) (hereafter, the "civil litigation"). I submit this declaration in support of the DPPs' Administrative Motion to Seal and their Submission of the Rebuttal Expert Report of Marianne DeMario related to StarKist Co.'s sentencing determination. I make this declaration based on my personal knowledge and, if called, could testify hereto the following information.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the unredacted Rebuttal Expert Report of Marianne DeMario, served in the civil litigation on July 2, 2019. It is being filed under seal because the report includes references to materials and testimony that StarKist and/or Dongwon Industries (another party in the civil litigation) designated as Highly Confidential pursuant to the Stipulated Protective Order entered in the civil litigation (*see* ECF No. 194, incorporating ECF No. 173 in the civil litigation docket).

3. In light of the foregoing, the DPPs have moved for an Order allowing them to file the following documents or portions thereof, under seal:

| DOCUMENT | SEALING REQUEST |
|---|---|
| Exhibit 1 to the Declaration of Samantha J. Stein, which is the Rebuttal Report of Marianne DeMario served in the civil litigation[1] | In its entirety |

//

//

[1] The Rebuttal Report redacts out for all purposes Ms. DeMario's discussion related to another Defendant group in the civil litigation, which is not relevant to the StarKist sentencing determinations.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 19th day of July of 2019 in San Francisco, California.

By: */s/ Samantha J. Stein*
Samantha J. Stein