RECEIVED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

RECEIVED
JUL 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*Attorneys for Plaintiff Olean Wholesale Grocery Cooperative, Inc. and Interim Class Counsel for the Direct Purchaser Class in In Re: Packaged Seafood Products Antitrust Litig.*, S.D. Cal. Case No. 15-MD-2670 JLS (MDD)

[Additional Counsel Listed on Motion's Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff

v.

STARKIST CO.,

Defendant.

No. 4:18-CR-000513-EMC

**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**

DATE: August 7, 2019
TIME: 10:00 am
JUDGE: Hon. Edward M. Chen

Pending before the Court is the Direct Purchaser Plaintiffs' ("DPPs") Administrative Motion to Seal, which they filed in connection with the DPPs' Submission of the Rebuttal Report of Marianne DeMario and the sentencing of Defendant StarKist Co. Finding good cause shown, the Court orders that the sealing of Exhibit 1 to the Declaration of Samantha J. Stein, which is the unredacted version of the Rebuttal Report of Marianne DeMario.

IT IS SO ORDERED.

DATED: _________, 2019

By: ____________________
UNITED STATES DISTRICT COURT JUDGE
HONORABLE EDWARD M. CHEN