LATHAM & WATKINS LLP
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

Sean M. Berkowitz (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
*sean.berkowitz@lw.com*

*Counsel for Defendant StarKist Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 18-CR-0513-EMC<br><br>**~~[PROPOSED]~~ ORDER GRANTING STARKIST CO.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Judge: Hon. Edward M. Chen |

The Court, having reviewed Defendant StarKist Co.'s Administrative Motion for Leave to File Supplemental Brief ("the Administrative Motion") and counsel's supporting Declaration, and good cause having been shown, hereby GRANTS the Administrative Motion.

**IT IS SO ORDERED.**

Dated: August 2, 2019

Hon. Edward M. Chen
United States District Judge