ORIGINAL

RECEIVED
AUG 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>STARKIST CO.,<br>Defendant | Case No. 4:18-CR-00513-EMC<br><br>**~~[PROPOSED]~~ ORDER ~~GRANTING~~** DENYING **INDIRECT PURCHASER END PAYER PLAINTIFFS'SECOND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY REPORT OF ADORIA LIM**<br><br>DATE: August 7, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward M. Chen<br>CTRM: 5 – 17th Floor |

Pending before the Court is the Ind[illegible] Plaintiffs' ("EPPs") Second Administrative Motion to File Under [illegible] eport of Adoria Lim, which they filed in connection with the sentenci[illegible] st Co. Finding good cause shown, the Court hereby GRANTS the m[illegible] and orders Exhibit 1 to the Declaration of Betsy C. Manifold to be sealed in its entirety.

UNITED STATES DISTRICT COURT

DENIED

Judge Edward M. Chen

NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED.**

If the party wishes to refile, it must comply with Criminal L.R. 56-1(c)(2)(D).

DATED August 2, 2019

By:__________________________

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

TUNA: 25787