LATHAM & WATKINS LLP
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

Sean M. Berkowitz (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
*sean.berkowitz@lw.com*

*Counsel for Defendant StarKist Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 18-CR-0513-EMC<br><br>**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF JOINT STATEMENT REGARDING SENTENCING**<br><br>Judge: Hon. Edward M. Chen |

The Court, having reviewed StarKist Co.'s Administrative Motion To Seal Portions of Joint Statement Regarding Sentencing ("the Administrative Motion") and counsel's supporting Declaration, and good cause having been shown, hereby GRANTS the Administrative Motion.

For the reasons set forth in the Administrative Motion and in counsel's supporting Declaration, the following portions of the Joint Statement Regarding Sentencing shall be sealed:

| **Page: Lines Containing Information To Be Sealed** |
|---|
| 1:24; 1:26 |
| 2:1; n.1 |
| 3:27 |
| 4:2; 4:5–7; 4:9–10 |

**IT IS SO ORDERED.**

Dated: September 5 2019

Hon. Edward M. Chen
United States District Judge