**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CRIMINAL MINUTES

**Date:** September 11, 2019 **Time in Court:** 10:05 – 11:07 1 Hour; 2 Minutes **Judge:** EDWARD M. CHEN

**Case No.**: 18-cr-00513-EMC-1 **Case Name:** UNITED STATES v. STARKIST CO.

**Attorneys for United States of America:** Andrew Mast, Ramish Kumar, Mikal Condon
**Attorneys for Indirect and Direct Plaintiffs:** Betsy Manifold, Bethany Caracuzzo, Christopher Lebsock
**Attorney for Defendant:** Niall Lynch
**Also Present:** R. Scott Meece, General Counsel and Sr. Vice President for Starkist

**Defendant: [X]** PRESENT **[]** NOT PRESENT
**Defendant's Custodial Status: []** In Custody **[X]** Not In Custody

**Deputy Clerk:** Angella Meuleman **Court Reporter:** Belle Ball
**Interpreter:** N/A **Probation Officer:** Jill Spitalieri

## PROCEEDINGS

Sentencing - held

## RESULT OF HEARING

For the reasons stated on the record, the objection to paragraph 10 of the Presentence Investigation Report is granted and calculated volume of commerce is changed from $744 million to "at least 600 million." Court also affirmed that the standard of proof is preponderance of the evidence. Defendant's motion to reduce fine is denied. Court heard statements from a Direct Purchaser victim and R. Scott Meece on behalf of Starkist.

Court reviewed the guidelines and 3553 factors and accepts the plea agreement. Defendant is sentenced to probation for a term of 13 months. All standard conditions of probation are waived except for the prohibition on committing a federal, state or local crime. No financial reporting is required unless ordered by the Court. A fine is ordered in the amount of $100,000,000.00 to be paid without interest pursuant to the schedule outlined on the record. A special assessment fee of $400.00 is imposed. Refer to the Judgment for additional information.