LATHAM & WATKINS LLP
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

Sean M. Berkowitz (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
*sean.berkowitz@lw.com*

*Counsel for Defendant StarKist Co.*

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

STARKIST CO.,

Defendant.

CASE NO. 18-CR-0513 EMC

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE REVISED REDACTED DOCUMENTS PURSUANT TO ORDER REGARDING THE WALL STREET JOURNAL'S REQUEST FOR SEALED DOCUMENTS**

Judge: Hon. Edward M. Chen

StarKist Co. (“StarKist”) and the Department of Justice (“DOJ”) (collectively, the “Parties”), by and through their respective counsel, agree and stipulate as follows:

WHEREAS, on December 23, 2019, the Court ordered the Parties to meet and confer and file revised redactions to the documents requested by the Wall Street Journal, docket numbers 51, 53, 62, 64–68, 77, 111, 114–22, 130–31, 157–58, and 172, by January 7, 2020 (*see* ECF No. 185);

WHEREAS, docket entries 62, 64–68, 114–22, 130–31, 157–58, and 172 are entirely under seal and the Parties cannot identify the specific sealed documents that correspond to those docket entries;

WHEREAS, counsel for StarKist contacted the Office of the Clerk of Court to inquire about the contents of the sealed docket entries and was informed that a court order was required for disclosure of the docket information to the Parties;

WHEREAS, the Parties met and conferred telephonically on January 3, 2019 in order to discuss the process by which the revisions would occur and agreed on an iterative process of exchanging proposed revised redactions;

WHEREAS, there are 239 pages of sentencing hearing transcripts and more than 80 pages of briefing and other sealed documents that the Parties must review pursuant to the Court’s order; and

WHEREAS, StarKist and DOJ agree that an extension of the deadline to comply is necessary for the Parties to identify the sealed materials, review the record, and share drafts of the revised redactions with one another in order to ensure agreement and consistency prior to refiling materials with the Court.

THEREFORE, StarKist and DOJ, through their respective counsel, HEREBY STIPULATE AND REQUEST an order:

1. Directing the Clerk of Court to provide the undersigned counsel for the Parties with full docket entries for docket numbers 62, 64–68, 114–22, 130–31, 157–58, and 172; and

2. Modifying the deadline to file revised redactions to the documents requested by the Wall Street Journal from January 7, 2020 to January 17, 2020.

Dated: January 3, 2020

Respectfully submitted,

LATHAM & WATKINS LLP
Niall E. Lynch
Sean M. Berkowitz
Ashley M. Bauer

By: *[/s/ Niall E. Lynch]{.underline}*
Niall E. Lynch

*Counsel for Defendant StarKist Co.*

By: /s/ *Andrew J. Mast*
ANDREW J. MAST
Trial Attorney
U.S. Department of Justice
Antitrust Division

**[PROPOSED] ORDER**

Good cause appearing, the Court hereby GRANTS the Parties' request for an order identifying certain docket entries and extending the deadline to file revised materials. The Clerk of Court is ordered to provide full docket entries for docket numbers 62, 64–68, 114–22, 130–31, 157–58, and 172 to counsel of record for StarKist Co. and the United States by January 7, 2020. The deadline for the Parties to file revised redactions is moved from January 7, 2020 to January 17, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________________

______________________________
Honorable Edward M. Chen
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Statement Regarding Sentencing. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Niall E. Lynch, attest that concurrence in the filing of this document has been obtained.

Dated: January 3, 2020

*/s/ Niall E. Lynch*
Niall E. Lynch